UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

SAUL QUIZET RIVERA et al,

       Plaintiff(s),

   -v-

                                No. 15 Civ. 6293 (LTS)(KNF)

GRILL ON 2ND LLC et al,

                                ORDER

       Defendant(s).

--------------------------------------------------------x

       This matter having been commenced by the filing of a complaint on August 11, 2015, and the defendant Grill on 2nd, LLC, having failed to appear through counsel in this action, as required by the Court's order, following the Court's granting of its prior counsel's motion to withdraw, and the plaintiffs having sought permission to move for a default judgment, it is hereby

       ORDERED, that the plaintiffs may make a motion for a default judgment against defendant Grill on 2nd, LLC; and it is further

       ORDERED, that such motion for default judgment must be served on the defendant Grill on 2nd, LLC, and must be accompanied by copies of the Clerk's Certificate and of proof of service of the summons and complaint and the motion for default judgment as provided by the undersigned's Individual Practices Rules; and it is further

       ORDERED, that said motion shall be briefed in accordance with the schedule set forth in Local Civil Rule 6.1 and will be taken on submission unless otherwise directed by the Court; and it is further

       ORDERED, that plaintiffs must serve a copy of this Order on defendant Grill on 2nd, LLC, and file proof of such service within fourteen (14) days from the date hereof.


Dated: New York, New York
       August 11, 2020

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            United States District Judge