USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
SAUL QUIZET RIVERA *et al.*,                                           :
:
Plaintiffs,                            :
:         15-CV-6293 (JPC)
-v-                                                    :
:         ORDER
GRILL ON 2ND LLC *et al.*,                                             :
:
Defendants.                            :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On October 20, 2020, the Court ordered the parties to submit a joint letter updating the Court on the status of the case by October 30, 2020. (Dkt. 83.) The parties failed to submit this letter to the Court. By November 4, 2020, it is hereby ORDERED that either (1) the parties must file on ECF the joint letter described in Dkt. 83 or (2) each party must submit a letter, of no more than five pages, showing cause why sanctions should not be imposed in light of the parties' failure to comply with the Court's Order of October 20, 2020.

SO ORDERED.

Dated: October 31, 2020
      New York, New York
                                      JOHN P. CRONAN
                                      United States District Judge