# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620

November 11, 2020

**VIA ECF**
Hon. John P. Cronan, U.S.D.J.
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2020
```

　　　　　　　　Re:　　Quizet Rivera et al v. Grill on 2nd LLC et al., 1:15-cv-06293-JPC-KNF

Your Honor:

　　　　As the Court is aware, my firm and I represent Plaintiffs in the above-referenced matter. I write to request an adjournment of the conference that, in an Order dated November 3 and entered November 4, was rescheduled for November 16 at 12:00 P.M. I request this adjournment because I am scheduled to take part in a mediation on November 16, beginning at 10:00 A.M. (Such mediation was scheduled prior to the Court's adjournment of the conference at issue to November 16 at 12:00 PM.) This is the first request of its kind. As I have indicated in my status report earlier today (ECF Doc. Nos. 86), I have been unable to reach the individual Defendants to obtain their consent. Proposed dates and times for rescheduling of the conference would include (a) the morning of 11/17, (b) any time on 11/19, or (c) between 12 and 2 PM on 11/20.

　　　　On behalf of Plaintiffs, I thank the Court for its attention to this matter.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Jordan Gottheim
　　　　　　　　　　　　　　　　　　　　　　　Jordan Gottheim, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Michael Faillace & Associates, P.C.
　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

Cc: Pro Se Defendants (via email and ECF)

Plaintiffs' request is GRANTED. The conference scheduled for November 16, 2020 at 12:00 p.m. is adjourned to November 19, 2020 at 3:00 p.m.

SO ORDERED.

Date: November 11, 2020　　　　　　　　　　　JOHN P. CRONAN
　　　　New York, New York　　　　　　　　　United States District Judge

*Certified as a minority-owned business in the State of New York*