```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                     :
SAUL QUIZET RIVERA et al.,                           :
                                                     :
                        Plaintiffs,                  :
                                                     :           15-CV-6293 (JPC)
        -v-                                          :
                                                     :               ORDER
GRILL ON 2ND LLC et al.,                             :
                                                     :
                        Defendants.                  :
                                                     :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Defendants Garrett Patrick Doyle, Patrick M. Brady, and Patrick Lane failed to comply with Judge Fox's Order dated April 19, 2019. (Dkt. 61.) Each of these Defendants is ORDERED to appear by counsel or inform the Court that he wishes to proceed pro se by December 21, 2020. If any elect to proceed pro se, he shall provide the Court with contact information by December 21, 2020.

Plaintiffs' counsel who have noticed an appearance as of the issuance of this Order are directed to notify Defendants' attorneys in this action by serving upon each of them a copy of this Order. If unaware of the identity of counsel for any of the parties, Plaintiffs' counsel receiving this Order must forthwith send a copy of this Order to that party personally.

SO ORDERED.

Dated: November 23, 2020
       New York, New York                        _____
                                                        JOHN P. CRONAN
                                                   United States District Judge