# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 E. 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

January 26, 2021

**VIA ECF**
Honorable John P. Cronan, U.S.D.J.
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  Quizet Rivera et al v. Grill on 2nd LLC et al 1:15-cv-06293-JPC-KNF

Your Honor:

This office represents Plaintiffs in the above referenced matter. Today, Plaintiffs field a motion for Default Judgment against all defendants (ECF Dos. Nos. 104-106). In light of the fact that the motion was filed a day later than permitted under the Court's Order of January 22, 2021, and to avoid undue prejudice to the parties, Plaintiffs request that the deadlines for filing opposition to the motion and for filing reply thereto, set in said January 22 Order for February 8 and 15 respectively, be each extended by one day, to February 9 and 16 respectively. This is the second such request for an extension, the first having been filed and granted on January 22, 2021.

On behalf of Plaintiffs, I apologize for the delay in the filing of the motion and thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Jordan Gottheim
Jordan Gottheim
MICHAEL FAILLACE & ASSOCIATES, P.C.
Attorneys for the Plaintiff

Plaintiffs' request is GRANTED. Any oppositions to Plaintiffs' motion for default judgment shall be filed by February 9, 2021. Any replies shall be filed by February 16, 2021.

SO ORDERED.

Date: January 26, 2021         JOHN P. CRONAN
      New York, New York       United States District Judge

*Certified as a minority-owned business in the State of New York*