UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X
                                             :

SAUL QUIZET RIVERA *et al.*,            :

                                         :

                         Plaintiffs,      :

                                         :        15-CV-6293 (JPC)

          -v-                        :

                                         :          ORDER

GRILL ON 2ND LLC *et al.*,           :

                                         :

                      Defendants.     :

                                         :
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On January 26, 2021, Plaintiffs filed a motion for default judgment against Defendants Grill on 2nd LLC, Garrett Patrick Doyle, Patrick M. Brady, and Patrick Lane.  (Dkt. 104.)  That same day, Plaintiffs filed a certificate of service that indicated that copies of the default judgment moving papers were mailed to Defendant Grill on 2nd LLC and e-mailed to Defendants Doyle, Brady, and Lane.  (Dkt. 108.)

      Local Civil Rule 55.2(c) requires that default judgment moving papers "shall simultaneously be mailed to the party against whom a default judgment is sought at the last known residence of such party (if an individual) " and that "[p]roof of such mailing shall be filed with the Court."  Defendants Doyle, Brady, and Lane are individuals.  *See* Dkt. 1, ¶¶ 30, 33, 36.  Plaintiffs did not file proof that the default judgment moving papers were mailed to the "last known residence" of these individuals.  Instead, Plaintiffs only e-mailed the papers to the last known electronic mail addresses of each of these Defendants.  (Dkt. 108.)

      The Court will not consider Plaintiffs' motion for default judgment, Dkt. 104, until Plaintiffs comply with Local Civil Rule 55.2(c).  Plaintiffs are ordered to mail copies of all papers submitted

to the Court pursuant to Local Civil Rule 55.2(a) or (b) to all Defendants in accordance with Local Civil Rule 55.2(c) and 3.F of this Court's Individual Rules.  Plaintiffs shall file proof of such service, in accordance with Local Civil Rule 55.2(c), by March 3, 2021.

      SO ORDERED.

Dated: February 17, 2021
      New York, New York

                    JOHN P. CRONAN
                United States District Judge