UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                                 :

SAUL QUIZET RIVERA *et al.*,                :

                                        :

                    Plaintiffs,         :

                                          :             15-CV-6293 (JPC)

         -v-                      :

                                          :               ORDER

GRILL ON 2ND LLC *et al.*,            :

                                          :

                    Defendants.      :

                                          :
--------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On February 17, 2021, the Court ordered Plaintiffs to comply with Local Civil Rule 55.2(c), which requires that default judgment moving papers "simultaneously be mailed to the party against whom a default judgment is sought at the last known residence of such party (if an individual) " and that "[p]roof of such mailing shall be filed with the Court."  (Dkt. 113.)  On March 3, 2021, Plaintiffs filed an affidavit of service that states that Plaintiffs mailed the default judgment moving papers to Defendants Garrett Patrick Doyle, Patrick M. Brady, and Patrick Lane at 735 Second Ave, New York, New York 10016.  (Dkt. 114.)

       The Court understands that this is the address of the corporate defendant, *see* Dkt. 1 ¶ 3, and not the "last known residence" of any of the individual defendants.  Plaintiffs have thus not complied with Local Civil Rule 55.2(c) as ordered.  The Court reiterates that it "will not consider Plaintiffs' motion for default judgment, Dkt. 104, until Plaintiffs comply with Local Civil Rule 55.2(c)."  (Dkt. 113.)  Plaintiffs are again ordered to mail copies of all papers submitted to the Court pursuant to Local Civil Rule 55.2(a) or (b) to all Defendants in accordance with Local Civil Rule 55.2(c) and 3.D of this Court's Individual Rules.  Plaintiffs shall file proof of such service, in

accordance with Local Civil Rule 55.2(c), by March 10, 2021.  If Plaintiffs fail to comply with this

Order, the Court may dismiss this case for failure to prosecute without further notice.

      SO ORDERED.

Dated: March 3, 2021
      New York, New York

                                              JOHN P. CRONAN
                                    United States District Judge