UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
SAUL QUIZET RIVERA *et al.*,

               Plaintiffs,

      -v-

GRILL ON 2ND LLC *et al.*,

               Defendants.

------------------------------------------------------------------X

15-CV-6293 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

Plaintiffs' request to adjourn the hearing scheduled for May 24, 2021 at 11:00 a.m., Dkt. 125, is denied as moot. The Clerk of Court is respectfully directed to terminate the motion pending at Docket Number 125.

Defendant Garrett Doyle appeared pro se during the telephonic hearing held on May 24, 2021 at 11:00 a.m. During this hearing, Mr. Doyle provided the following contact information for himself:

    **Address:**              500 South Ohioville Road, New Paltz, NY 12561

    **Phone Number:**   (917) 656-0674

    **E-mail Address:**   GDoyle735@gmail.com

The Clerk of Court is respectfully directed to update Mr. Doyle's contact information on the docket to include his address, phone number, and email address.

SO ORDERED.

Dated: May 24, 2021
       New York, New York

                                                         JOHN P. CRONAN
                                                         United States District Judge