UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
SAUL QUIZET RIVERA *et al.*,  :
:
                Plaintiffs,  :
:   15-CV-6293 (JPC)
     -v-  :
:   <u>ORDER</u>
GRILL ON 2ND LLC *et al.*,  :
:
                Defendants.  :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    Counsel for all parties, and any party appearing *pro se*, shall appear before the undersigned for a conference on September 7, 2021 at 11:30 a.m. to set a trial date and discuss pre-trial matters. The conference shall take place via teleconference. At the scheduled time, counsel for all parties, and any party appearing *pro se*, should call (866) 434-5269, access code 9176261.

    In light of Defendant Garrett Doyle's appearance in this action, Plaintiffs' motion for default judgment, Dkt. 104, is denied without prejudice to refiling at a later date if circumstances so warrant. The Clerk of Court is respectfully directed to terminate the motion pending at Docket Number 104.

    Counsel for Plaintiffs shall serve a copy of this Order on all Defendants within two business days of the date of this Order. Counsel for Plaintiffs shall file proof of service within two business days of service.

    SO ORDERED.

Dated: August 27, 2021
       New York, New York

                                                JOHN P. CRONAN
                                                United States District Judge