UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
SAUL QUIZET RIVERA *et al.*,                                       :
:
                    Plaintiffs,                                       :
:     15-CV-6293 (JPC)
      -v-                                                         :
:     <u>ORDER</u>
GRILL ON 2ND LLC *et al.*,                                         :
:
                    Defendants.                                       :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      As discussed at the conference on September 7, 2021, the parties should be ready for trial in this case to commence on February 28, 2022.  The parties must familiarize themselves with the Court's Individual Rules and Practices for *Pro Se* Litigants, available at https://www.nysd.uscourts.gov/hon-john-p-cronan.

      In accordance with 7.A of the Court's Individual Rules and Practices for *Pro Se* Litigants, the parties shall file Pretrial Statements in advance of trial.  The Pretrial Statement need take no particular form, but must contain the following: (1) a statement of the facts the party hopes to prove at trial; (2) a list of all documents or physical objects that the party plans to put into evidence at trial; and (3) a list of the names and addresses of all witnesses the party intends to have testify at trial.  Plaintiffs shall file their Pretrial Statement by January 28, 2022.  Mr. Doyle shall file his Pretrial Statement by February 11, 2022.  Mr. Doyle shall file an original of his Statement, plus one courtesy copy, with the *Pro Se* Intake Unit.

      In accordance with 7.B of the Court's Individual Rules and Practices for *Pro Se* Litigants, Plaintiffs shall file any proposed *voir dire* questions to be used in the selection of jurors, a proposed

jury charge, and a proposed verdict form at the time of filing their Pretrial Statement on January 28, 2022.  Mr. Doyle may file any of these documents at the time he files his Pretrial Statement on February 11, 2022, but he is not required to do so.

All exhibits that the parties plan to put into evidence at trial must be pre-marked in advance of trial.  No later than February 23, 2022, each party shall submit to Chambers two sets of tabbed binders containing all documentary exhibits organized by exhibit number and a document listing all exhibits sought to be admitted.

The parties shall appear for a final pretrial conference on February 22, 2022 at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.  For any represented party, the final pretrial conference must be attended by the attorney who will serve as principal trial counsel.

Counsel for Plaintiffs is ordered to serve a copy of this Order on Defendant Doyle, and all other Defendants, by September 10, 2021.  Within two days of service, counsel for Plaintiffs shall file proof of such service.

SO ORDERED.

Dated: September 8, 2021
New York, New York

JOHN P. CRONAN
United States District Judge