UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                                                 :

SAUL QUIZET RIVERA *et al.*,                                    :

                                    Plaintiffs,                  :

                                                                            :          15-CV-6293 (JPC)

                 -v-                                                   :

                                                                            :             ORDER

GRILL ON 2ND LLC *et al.*,                                    :

                                Defendants.                :

-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On September 9, 2021, the Court scheduled this case to be ready for trial to begin on or about February 28, 2022. By no later than November 5, 2021, the parties shall submit a joint letter to the Court with their current views on whether they still expect the case to proceed to trial as scheduled.

       SO ORDERED.

Dated: October 27, 2021
       New York, New York

                                                        JOHN P. CRONAN
                                             United States District Judge