UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                  :

SAUL QUIZET RIVERA *et al.*,

                      Plaintiffs,

                                                  15-CV-6293 (JPC)

          -v-

                                                    ORDER

GRILL ON 2ND LLC *et al.*,

                    Defendants.

------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court ordered the parties to file a joint letter by November 5, 2021, outlining whether they still expect the case to proceed to trial on February 28, 2022. *See* Dkt. 144. The parties failed to comply with that order. By December 1, 2021, the parties shall submit a joint letter that complies with the order found at Dkt. 144. The parties shall also appear for a status teleconference on December 2, 2021, at 10:30 a.m. The parties should be prepared to discuss the status of the case, including the mediator's report that agreement was reached on some, but not all, issues for the case. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

       SO ORDERED.

Dated: November 26, 2021
       New York, New York

                                                              JOHN P. CRONAN
                                                              United States District Judge