UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                     :

SAUL QUIZET RIVERA *et al.*,                          :

                               Plaintiffs,                :
                                                                 :      15-CV-6293 (JPC)
                -v-                                        :
                                                                   :      <u>ORDER</u>

GRILL ON 2ND LLC *et al.*,                           :

                               Defendants.             :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

     The Clerk of the Court is respectfully directed to attempt to locate *pro bono* counsel to represent Defendant Garrett Patrick Doyle. If counsel is located, such counsel will represent Defendant Doyle solely for purposes of the settlement negotiations and that representation will terminate at the conclusion of the settlement process.

     SO ORDERED.

Dated: December 3, 2021
       New York, New York
                                                       JOHN P. CRONAN
                                                  United States District Judge