UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                      :

SAUL QUIZET RIVERA *et al.*,                         :

                        Plaintiffs,              :
                                                      :       15 Civ. 6293 (JPC)
              -v-                                       :
                                                       :       <u>ORDER</u>

GRILL ON 2ND LLC *et al.*,                           :

                        Defendants.            :

-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On September 9, 2021, the Court ordered the parties to "appear for a final pretrial conference on February 22, 2022 at 10:00 a.m." Dkt. 141 at 2.  On January 4, 2022, the Court adjourned *sine die* the March 3, 2022 trial date.  To clarify, in adjourning the March 3 trial date, the Court also adjourned *sine die* the final pretrial conference scheduled for February 22.  As the Court noted at the January 4 conference, the parties shall appear for a teleconference on March 24, 2022 at 10:00 a.m. to discuss the status of the case and to set a new trial date. At the scheduled time, all parties should call 866-434-5269, access code 9176261.

      SO ORDERED.

Dated: February 18, 2022
       New York, New York                                      JOHN P. CRONAN
                                                                        United States District Judge