UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
SAUL QUIZET RIVERA *et al.*,                                       :
                                                                   :
                              Plaintiffs,                          :
                                                                   :    15 Civ. 6293 (JPC)
        -v-                                                        :
                                                                   :    ORDER
GRILL ON 2ND LLC *et al.*,                                         :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On February 18, 2022, the Court ordered the parties to appear for a teleconference on March 24, 2022 at 10:00 a.m. to discuss the status of the case and to set a new trial date. *See* Dkt. 152. To make the March 24 teleconference effective, the parties shall file a joint letter updating the Court on the status of the case by March 18, 2022.

    SO ORDERED.

Dated: March 15, 2022
       New York, New York                    _____
                                                    JOHN P. CRONAN
                                                United States District Judge