UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                        :

SAUL QUIZET RIVERA *et al.*,            :
                                          :

                Plaintiffs,      :

                                          :      15 Civ. 6293 (JPC)

      -v-                            :

                                          :      <u>ORDER</u>

GRILL ON 2ND LLC *et al.*,          :

                                          :

                Defendants.     :

                                          :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Clerk of the Court is respectfully directed to attempt to locate pro bono counsel to

represent Defendants Garrett Patrick Doyle and Grill on 2nd LLC.  Counsel's duties will include

representing these Defendants for the trial scheduled to begin on November 14, 2022.

       SO ORDERED.

Dated: March 24, 2022
       New York, New York                    JOHN P. CRONAN
                                          United States District Judge