UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SAUL QUIZET RIVERA, *et al.*,

                Plaintiffs,    15 Civ. 6293 (JPC)

      -v-    ORDER

GRILL ON 2ND LLC *et al.*,

                Defendants.
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The parties are directed to file a status update with the Court by September 20, 2022 regarding whether Plaintiffs have had any communications with Defendant Doyle since the March 24, 2022 conference including any progress in settlement discussions.

      Counsel for Plaintiffs is ordered to serve a copy of this Order on Defendant Doyle, and all other Defendants, by September 7, 2022. Within two days of service, counsel for Plaintiffs shall file proof of such service.

      SO ORDERED.

Dated: September 2, 2022
      New York, New York

                                                        JOHN P. CRONAN
                                                   United States District Judge